UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ANDREW DATKO,** | ) | CASE NO.  5:15 CV 2689 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | <u>OPINION AND ORDER</u> |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Comm'r of Soc. Sec.,** | ) | |
| | ) | |
| Defendant. | ) | |

On October 5, 2016, Magistrate Judge Jonathan D. Greenberg issued a twenty-five (25) page Report and Recommendation recommending that the Court vacate Defendant Commissioner's final decision denying Plaintiff Andrew Datko's application for POD, DIB and SSI, and remand the matter for further proceedings.  (**Doc #: 17** ("R & R").)   The Magistrate Judge gave the parties fourteen days following service to file any objections to the R & R.  (Id. at 25.)

On October 19, 2016, Defendant filed a response brief notifying the Court that it would not be filing any objections (Doc #: 18), and the Plaintiff has not filed objections or requested an extension of time to file them.

Accordingly, the Court hereby **adopts in full** the R & R, **vacates** the Commissioner's final decision, and **remands** this matter for further proceedings consistent with the R & R.

**IT IS SO ORDERED.**

     /s/ Dan A. Polster     October 24, 2016
**Dan Aaron Polster
United States District Judge**